

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Akerson Enterprises, LLC dba
Kindred Bravely,

                                              **Plaintiff,**

                    V.

NYSSA CARE, INC.,

                                              **Defendant.**

**Case No.**  23cv0492 BEN MSB

## PRO HAC VICE APPLICATION

Akerson Enterprises, LLC dba Kindred Bravely
Party Represented

I,   Brian N. PLatt                          hereby petition the above entitled court to permit me
        (Applicant)

to appear and participate in this case and in support of petition state:

My firm name:   Workman Nydegger

Street address:   60 E. South Temple St., Ste 1000

City, State, ZIP:   Salt Lake City, UT 84111

Phone number:   (801) 533-9800

Email:   bplatt@wnlaw.com

That on   11/6/2003       I was admitted to practice before     Supreme Court of Washington
            (Date)                                                         (Name of Court)

and am currently in good standing and eligible to practice in said court,

that I am not currently suspended or disbarred in any other court, and

that I   ☐ have)   ☒ have not)   concurrently or within the year preceding this application made
any pro hac vice application to this court.

**(If previous application made, complete the following)**

Title of case _____

Case Number _____   Date of Application _____

Application:   ☐ Granted   ☐ Denied

I declare under penalty of perjury that the foregoing is true and correct.

                                    /Brian N. Platt/
                                    (Signature of Applicant)

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

Donny K. Samporna                              (669) 213-1080
(Name)                                          (Telephone)

Haley Guiliano LLP
(Firm)

2466 Palace Dr.                   San Diego                 92123
(Street)                          (City)                    (Zip code)

                                    _____
                                    (Signature of Applicant)

I hereby consent to the above designation.

                                    _____
                                    (Signature of Designee Attorney)