**WILLKIE FARR & GALLAGHER LLP**
KRISTA SCHWARTZ (SBN 303604)
  kschwartz@willkie.com
JONATHAN A. PATCHEN (SBN 237346)
  jpatchen@willkie.com
One Front Street, 34th Floor
San Francisco, California 94111
Telephone:  (415) 858-7400
Facsimile:  (415) 858-7599

Attorneys for Defendant
**Nyssa Care, Inc.**

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKERSON ENTERPRISES, LLC, doing business as Kindred Bravely,<br><br>              Plaintiff,<br><br>       vs.<br><br>NYSSA CARE, INC.,<br><br>              Defendant. | Case No. 3:23-cv-00492-RBM-MSB<br><br>**NOTICE OF APPEARANCE OF KRISTA SCHWARTZ FOR NYSSA CARE, INC.** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the following attorney of Willkie Farr & Gallagher LLP hereby enters appearance as counsel for Defendant Nyssa Care, Inc., in this matter:

WILLKIE FARR & GALLAGHER, LLP
Krista Schwartz, CA (SBN 303604)
Email:  kschwartz@willkie.com
One Front Street, 34th Floor
San Francisco, California 94111
Telephone:  (415) 858-7400
Facsimile:  (415) 858-7599

Dated: August 2, 2023

WILLKIE FARR & GALLAGHER LLP
Krista Schwartz
Jonathan A. Patchen

By:  */s/ Krista Schwartz*
       Krista Schwartz

Attorneys for Defendant
NYSSA CARE, INC.