**WILLKIE FARR & GALLAGHER LLP**
KRISTA SCHWARTZ (SBN 303604)
  kschwartz@willkie.com
JONATHAN A. PATCHEN (SBN 237346)
  jpatchen@willkie.com
One Front Street, 34th Floor
San Francisco, California 94111
Telephone:  (415) 858-7400
Facsimile:  (415) 858-7599

Attorneys for Defendant
**Nyssa Care, Inc.**

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKERSON ENTERPRISES, LLC, doing business as Kindred Bravely,<br><br>           Plaintiff,<br><br>     vs.<br><br>NYSSA CARE, INC.,<br><br>           Defendant. | Case No. 3:23-cv-00492-RBM-MSB<br><br>**NOTICE OF APPEARANCE OF JONATHAN A. PATCHEN FOR NYSSA CARE, INC.** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the following attorney of Willkie Farr & Gallagher LLP hereby enters appearance as counsel for Defendant Nyssa Care, Inc., in this matter:

WILLKIE FARR & GALLAGHER, LLP
Jonathan A. Patchen, CA (SBN 237346)
Email:  jpatchen@willkie.com
One Front Street, 34th Floor
San Francisco, California 94111
Telephone:  (415) 858-7400
Facsimile:  (415) 858-7599

Dated: August 2, 2023

WILLKIE FARR & GALLAGHER LLP
Jonathan A. Patchen
Krista Schwartz

By:  /s/ Jonathan A. Patchen
Jonathan A. Patchen

Attorneys for Defendant
NYSSA CARE, INC.

-1-
NOTICE OF APPEARANCE OF JONATHAN A. PATCHEN FOR NYSSA CARE, INC.
CASE NO. 3:23-CV-00492-RBM-MSB